**STATE of Missouri, Respondent,**

v.

**Samuel J. AGEE, Appellant.**

**No. WD 38129.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

John H. Edmiston, Warrensburg, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo Supp.1984.[1]

Judgment affirmed. Rule 30.25(b).

1. Section 570.030 has since been revised and appears in RSMo 1986.